UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HENRY DONALD FLOWERS,<br><br>    Petitioner,<br><br>    v.<br><br>SCOTT KERNNAN, Warden,<br><br>    Respondent. | No. CV 07-05130-GW(CT)<br><br>ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the court has reviewed the entire file de novo, including the magistrate judge's report and recommendation. The court agrees with the recommendation of the magistrate judge.

Petitioner requests an evidentiary hearing. However, because petitioner's grounds can be decided with reference to the state court record, no evidentiary hearing is warranted. See Schrirro v. Landrigan, __ U.S. ___, 127 S.Ct. 1933, 1940 (2007)("[I]f the record refutes the applicant's factual allegations or otherwise precludes habeas relief, a district court is not required to hold an evidentiary hearing."); see also Totten v. Merkle, 137 F.3d 1172, 1176 (9th Cir. 1998)(holding that "[i]t is axiomatic that when issues can be resolved with reference to the state court record, an evidentiary hearing becomes nothing more than a futile exercise").

1 | Accordingly, IT IS ORDERED THAT:
2 |    1.   Petitioner's request for an evidentiary hearing is denied.
3 |    2.   The report and recommendation is accepted.
4 |    3.   Judgment shall be entered consistent with this order.
5 |    4.   The clerk shall serve this order and the judgment on all
6 | counsel or parties of record.
7 | DATED: *October 14, 2008*

*/s/ George H. Wu*
GEORGE H. WU
UNITED STATES DISTRICT JUDGE