UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| HENRY DONALD FLOWERS, | ) | No. CV 07-05130-GW(CT) |
| Petitioner, | ) ) ) | JUDGMENT |
| v. | ) ) | |
| SCOTT KERNNAN, Warden, | ) ) | |
| Respondent. | ) ) | |

Pursuant to the Order Accepting the Magistrate Judge's Report and Recommendation,

IT IS ADJUDGED that the amended petition is denied and the case is dismissed with prejudice.

DATED: Oct. 14, 2008

_____
GEORGE H. WU
UNITED STATES DISTRICT JUDGE